# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHIBUEZE C. ANAEME,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. 2:11-cv-1572-PMP-RJJ<br>**ORDER** |

Plaintiff has submitted an Application to Proceed <u>in Forma Pauperis</u> (#1) and an supplemental Affidavit (#8). The Court finds that Plaintiff has substantial holdings in the form of real property in Albuquerque, New Mexico.

IT IS THEREFORE ORDERED that the Application to Proceed <u>in Forma Pauperis</u> (#1) is **DENIED**. Plaintiff shall pay the filing fee of three hundred fifty dollars ($350.00) on or before February 17, 2012. Failure to comply with this Order will result in the dismissal of this action.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the Complaint.

DATED this   20th   day of January, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge