# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Chibueze C. ANAEME,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 2:11-cv-01572-PMP-NJK<br><br><br>ORDER |

There having been no action in this case since this Court's Order (Doc. #9) giving Plaintiff until February 17, 2012, to pay the filing fees,

IT IS ORDERED that this case is hereby DISMISSED.

DATED: February 25, 2013

_____
PHILIP M. PRO
United States District Judge